| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number *(if known)* _____  Chapter  **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Precise Graphix, LLC** | |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Precise Design Group** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0327294** | |
| 4. | **Debtor's address** | **Principal place of business**  **2310 26th Street S.W.**  **Allentown, PA 18103**  Number, Street, City, State & ZIP Code  **Lehigh**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | precisedesigngroup.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor **Precise Graphix, LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5414__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Precise Graphix, LLC**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Precise Graphix, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Precise Graphix, LLC**     Case number (*if known*)
    Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2021**
                           MM / DD / YYYY

**X /s/ Keith A. Lyden**                                     **Keith A. Lyden**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Jeffrey Kurtzman**                           Date **September 28, 2021**
Signature of attorney for debtor                                        MM / DD / YYYY

**Jeffrey Kurtzman**
Printed name

**Kurtzman | Steady, LLC**
Firm name

**555 City Avenue**
**Suite 480**
**Bala Cynwyd, PA 19004**
Number, Street, City, State & ZIP Code

Contact phone   **(215) 883-1600**      Email address   **kurtzman@kurtzmansteady.com**

**51816 PA**
Bar number and State

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Precise Graphix, LLC**                                                         Case No.
                            Debtor(s)                                                    Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 28, 2021**                 **/s/ Keith A. Lyden**
                                               **Keith A. Lyden**/**President**
                                               Signer/Title

```
Aetna
10150 So. Centennial Parkway
Suite 450
Sandy, UT 84070


Allegheny Plywood Company
3433 Smallman Street
Pittsburgh, PA 15201


American Print Consultants
540 Hollywell Ave
Chambersburg, PA 17201


AmeriGas
PO Box 371473
Pittsburgh, PA 15250-7473


Bank of America
P.O. Box 60073
City of Industry, CA 91716-0073


Bastian Carpet One
PO Box 3616
Allentown, PA 18106-3616


BB&T
P.O. Box 580340
Charlotte, NC 28258-0340


BDO
1801 Market Street
Suite 1700
Philadelphia, PA 19103


Bluegrace
PO Box 21441
Tampa, FL 33622
```

Bowman Trailer Leasing
1801 South 12th Street
Allentown, PA 18103


Buss Paint & WallPaper, Inc.
327 Main Street
Emmaus, PA 18049


C.H. Briggs
P.O. Box 825723
Philadelphia, PA 19182-5723


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149


Canon Solutions America, Inc
100 Park Blvd
Itasca, IL 60143


Capital One
P.O. Box 70885
Charlotte, NC 28272-0885


Celtic Stone
1059 N. Fenwick St.
Allentown, PA 18109


Centerline Steel LLC
208 W. Davis Industrial Dr.
St. Augustine, FL 32084


Cepha Inc
1000 Delsea Drive
F1
Delsea, NJ 08093

Certify, Inc.
PO Box 780965
Philadelphia, PA 19178-0965


CFGI Holdings, LLC
PO Box 791561
Baltimore, MD 21279


Chase Cardmember Services
P.O. Box 1423
Charlotte, NC 28201-1423


Chemical Concepts
410 Pike Road
Huntingdon Valley, PA 19006


Chesapeak Plywood
3400 East Biddle Street
Baltimore, MD 21213


Cintas
PO Box 631025
Cincinnati, OH 45263-1025


Circle Graphics
120 9th Avenue
Longmont, CO 80501


Conestoga dpi LLC
181 E. Stiegel St.
Suite 100
Manheim, PA 17545


D & P Custom Lights
PO Box 90465
Nashville, TN 37209

D.C. Distributing, Inc.
390 Abbottstown Pike
Abbottstown, PA 17301


Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Diaz Manufacturing
747 Grow Ave
Montrose, PA 18801


Discount Waste, Inc
3595 Engineering Drive
Norcross, GA 30092


Discover
PO Box 742655
Cincinatti, OH 45274-2655


Eastcoast Cutter Inc
1940 Camp Swatara Road
Myerstown, PA 17067


Eastern Surfaces
601 S. Tenth Street
Allentown, PA 18103


Eugene T Parzych, Inc
2300 Trumbauersville Rd.
PO Box 48
Trumbauersville, PA 18970


Fessenden Hall of PA, Inc.
3021 Industry Drive
Lancaster, PA 17603

G&S Fastening Systems, Inc.
600 Front Street
Whitehall, PA 18052


Gillespie Electric, Inc.
1657 State St.
East Greenville, PA 18041


Global Industrial
29833 Network Place
Chicago, IL 60673-1298


Global Shop Solutions
P.O Box 840929
Dallas, TX 75284-0929


Grapek Co.
PO Box 598
Scotch Plains, NJ 07076


Greater LV Chamber Of Commerce
158A Northampton Street
Easton, PA 18042


Green Giant Pest Control
5 Cemetery Road
Fleetwood, PA 19522


Grimco Inc
1585 Fencorp Drive
Fenton, MO 63026


Gross McGinley, LLP
33 South Seventh Street
PO Box 4060
Allentown, PA 18105-4060

Hafele America Co.
P.O. Box 890779
Charlotte, NC 28289-0779


Hill Metal Co.
901 New Street
Allentown, PA 18102


Identity Group
4 North Walnut St.
Slatington, PA 18080


Impact Signs & Branding
7301 Old Rutledge Pike
Knoxville, TN 37924


Industrial Abrasives Co.
642 N. 8th Street
Reading, PA 19601


Ingersoll Rand
15768 Collections Center Drive
Chicago, IL 60693


Justifacts Credential Verification
5250 Logan Ferry Road
Murrysville, PA 15668


Lafferty & Company, Inc.
1100 Hummel Avenue
Lemoyne, PA 17043


LD Plastics & Displays
1130 Pearl St.
Brockton, MA 02301

```
Legacy Glass & Mirror
720 Keller Creamery Road
Telford, PA 18969



Lehigh Property Services
127 East Federal Street
Allentown, PA 18103



Lehigh Valley Fire Protection
P.O Box 3233
Allentown, PA 18106



Linda S. Kagan, Esquire
The Kagan Law Group, P.C.
54 West 40th Street
New York, NY 10018



LVPG-HealthWorks Billing Office
Fairground Medical Center
400 N. 17th Street
Suite 207
Allentown, PA 18104



Mann Welding & Fabrication, LLC
2755 Schukraft Road
Quakertown, PA 18951



Materials Inc
40 Burlews Court
Building 1
Hackensack, NJ 07601



McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690



Memory Makers
2528 Quakertown Road
Pennsburg, PA 18073
```

Mid America Woodwork
PO Box 2062
St. Charles, MO 63302


ML Properties, LLC, ML Mfg., LLC and
Marcus Lemonis
c/o Doug Wexler, Esquire
77 West Wacker Drive, Suite 4500
Chicago, IL 60601


Outwater Plastics Industries
P.O. Box 500
Bogota, NJ 07063


Panel/Wood Machinery
PO Box 8404
Cherry Hill, NJ 08002


Patwin Plastics, Inc.
2300 East Linden Avenue
Linden, NJ 07036


Pennsylvania Department of Revenue
Department 280946
ATTN: Bnakruptcy Division
Harrisburg, PA 17128-0946


Pennsylvania Pension Planners
2090 Linglestown Road
Suite 201
Harrisburg, PA 17110


Penrac (Enterprise)
PO Box 3108
Boston, MA 02241-0001


Penske Truck Leasing Co
P.O. Box 827380
Philadelphia, PA 19182-7380

Penske Truck Leasing Co., L.P.
1701 Lehigh Street
Allentown, PA 18103-4727

Pitney Bowes
PO Box 371896
Pittsburgh, PA 15250-7896

Pure Water Technology
1200 Corporate Blvd
Lancaster, PA 17601

R.E. Daumer Trucking Inc
185 Mud Lane
Northampton, PA 18067

Raritan Valley Disposal (Republec Servic
PO Box 9001099
Louisville, KY 40290-1099

RCN
PO Box 11816
Newark, NJ 07101-8116

Richelieu America Ltd
7021 Sterling Ponds Blvd
Sterling Heights, MI 48312-5809

RJB Contracting, Inc
562 Ridge Road
Spring City, PA 19475

Robert A. Pinel, Esquire
1502 Center Street
Suite 201
Bethlehem, PA 18018

Royal Security Services
1369 Route 115
Saylorsburg, PA 18353

Russell Plywood, Inc.
401 Old Wyomissing Road
Reading, PA 19611

Safety Services Company
2626 South Roosevelt Street
Suite 2
Tempe, AZ 85282

Selective Insurance Company
Box 371468
Pittsburgh, PA 15250-7468

Service By Air
PO Box 844722
Dallas, TX 75284-4722

Sherwin Williams
7411 Industrial Parkway
Macungie, PA 18062

Siffron
P.O. Box 932397
Cleveland, OH 44193

Simply IT, LLC
1150 Glenlivet Drive
Suite B29
Allentown, PA 18106

Smartsheet Inc.
Dept. 3421
PO Box 123421
Dallas, TX 75312-3421

```
Staples
PO Box 6403
Sioux Falls, SD 57117-6403


Stiles Machinery, Inc.
3944 Solutions Center
Chicago, IL 60677-3009


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Taylor Northeast
7277 Williams Avenue
Allentown, PA 18106


Testrite Instrument
216 S. Newman Street
Hackensack, NJ 07601


Toshiba Business Solutions
3620 Horizon Drive
Suite 100
King Of Prussia, PA 19406


Toshiba Business Solutions
3620 Horizon Drive, # 100
King of Prussia, PA 19406


Toshiba Financial Services
PO Box 70239
Philadephia, PA 19178-0239


Total Plastics
PO Box 645490
Pittsburgh, PA 15264-5252
```

```
Transamerica Retirement Solutions
P.O. Box 21493
New York, NY 10087-4493


U.S. Bank Equipment Finance
PO Box 790448
St. Louis, MO 63179-0448


Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680-1741


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


US Bank
1310 Madrid Street
Suite 101
Marshall, MN 56258


Versatek
508 Front Street
Lititz, PA 17543


Visiontron Corp.
720 Old Willets Path
Hauppauge, NY 11788


Weis Markets
1000 S Second Street
Sunbury, PA 17801


Wex Bank - Sunoco
P.O. Box 6293
Carol Stream, IL 60197-6293
```

```
Woodcraft
1543 Lehigh Street
Allentown, PA 18103



Wurth Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061



XPO Global Forwarding, Inc
27839 Network Place
Chicago, IL 60673
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Precise Graphix, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Precise Graphix, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 28, 2021**  
Date

**/s/ Jeffrey Kurtzman**  
**Jeffrey Kurtzman**  
Signature of Attorney or Litigant  
Counsel for  **Precise Graphix, LLC**  
**Kurtzman | Steady, LLC**  
**555 City Avenue**  
**Suite 480**  
**Bala Cynwyd, PA 19004**  
**(215) 883-1600 Fax:(609) 482-8011**  
**kurtzman@kurtzmansteady.com**