**Fill in this information to identify the case:**

Debtor name **Precise Graphix, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **21-12663**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$254.50** | **$254.50** |
| **Andy A. Schurawlow**<br>**508 Brenner Road**<br>**Apt. 102**<br>**Allentown, PA 18104** | | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Medical deduction reimbursement** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,904.99** | **$3,904.99** |
| **Anthony B. Lamberti**<br>**41 Frutchey Court**<br>**Mount Bethel, PA 18343** | | | |
| Date or dates debt was incurred | Basis for the claim:<br>**Wages, medical deduction reimbursement** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    38870                    Best Case Bankruptcy

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,555.30 | $7,555.30 |
|---|---|---|---|---|

**Barry J. Goerlich**
**1320 North Blvd.**
**Bethlehem, PA 18017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, expense reimbursement, medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,614.48 | $2,614.48 |
|---|---|---|---|---|

**Brian G. Hochstrasser**
**558 South 24th Street**
**Allentown, PA 18104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,137.13 | $4,137.13 |
|---|---|---|---|---|

**Brian S. Lean**
**3604 Old Philadelphia Pike**
**Bethlehem, PA 18015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,087.80 | $2,087.80 |
|---|---|---|---|---|

**Charles T. Keller**
**410 Juniper Street**
**Quakertown, PA 18951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**COVID sick pay, medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $230.75 | $230.75 |
|---|---|---|---|---|
| | **Christina N. Miller**<br>**2878 Huron Street**<br>**Allentown, PA 18103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,253.85 | $3,253.85 |
|---|---|---|---|---|
| | **Christopher A. Mobley**<br>**5288 Camp Meeting Road**<br>**Center Valley, PA 18034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,314.78 | $3,314.78 |
|---|---|---|---|---|
| | **Daniel C. Mack**<br>**2932 Silver Creek Circle**<br>**Kutztown, PA 19530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $6,066.94 | $6,066.94 |
|---|---|---|---|---|
| | **Darrell D. Dech**<br>**3980 Parestis**<br>**Barto, PA 19504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, PTO, expense reimbursement, medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.60 | $221.60 |
|---|---|---|---|---|
| | **David M Honeywell**<br>**533 Elm Street**<br>**Emmaus, PA 18049** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.50 | $254.50 |
|---|---|---|---|---|
| | **David W. English**<br>**2537 Grove Street**<br>**Slatington, PA 18080** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,717.52 | $3,717.52 |
|---|---|---|---|---|
| | **Eric G. Mogerley**<br>**254 Five Springs Road**<br>**Stroudsburg, PA 18360** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,259.95 | $4,259.95 |
|---|---|---|---|---|
| | **Erin Church**<br>**26 Applewood Drive**<br>**Easton, PA 18045** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, PTO, expense reimbursement, medical**<br>**deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Precise Graphix, LLC** | Case number (if known) | **21-12663** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,776.87 | $3,776.87 |
|---|---|---|---|---|

**George T. Cawley**
**209 Garfield Street**
**Bethlehem, PA 18017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,193.96 | $6,193.96 |
|---|---|---|---|---|

**Harold W. Rupell**
**709 Lafayette Drive**
**Quakertown, PA 18951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,097.20 | $4,097.20 |
|---|---|---|---|---|

**Jarrett Brooks**
**528 North Refwal Street**
**Allentown, PA 18102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,216.55 | $4,216.55 |
|---|---|---|---|---|

**Jason Rackawack**
**503 Race Street**
**Catasauqua, PA 18032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Precise Graphix, LLC** | | Case number (if known) | **21-12663** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,379.28 | $13,650.00 |
|---|---|---|---|---|

**Jeremy J. Dombroski**
**218 Tudor Drive**
**North Wales, PA 19454**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $606.35 | $606.35 |
|---|---|---|---|---|

**Jessica E. Conard**
**1800 Old Bethlehem Pike**
**Sellersville, PA 18960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,585.51 | $7,585.51 |
|---|---|---|---|---|

**John J. Getty**
**2501 West Union Street**
**Allentown, PA 18104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.94 | $1,139.94 |
|---|---|---|---|---|

**Jonathan A. Wagenhurst**
**744 North 6th Street**
**Allentown, PA 18102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | **Precise Graphix, LLC** | | | Case number (*if known*) | **21-12663** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.23 | Priority creditor's name and mailing address<br>**Josh E. Baker**<br>**23 North 4th Street**<br>**Emmaus, PA 18049** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,309.33** | **$3,309.33** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address<br>**Justin M. Biter**<br>**1900 Empire Avenue**<br>**Northern Cambria, PA 15714** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,326.92** | **$2,326.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, PTO** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address<br>**Kelly Homond**<br>**1132 North 18th Street**<br>**Allentown, PA 18104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$203.60** | **$203.60** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Medical deduction reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address<br>**Kevin E. Strohl**<br>**49 Victoria Drive**<br>**Barto, PA 19504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,721.42** | **$9,721.42** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages, PTO, medical deduction reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Precise Graphix, LLC** | | Case number (if known) | **21-12663** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,197.60 | $5,197.60 |
|---|---|---|---|---|

**Kristen L. Luckenbach**
**5780 Palm Road**
**Zionsville, PA 18092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,939.82 | $5,939.82 |
|---|---|---|---|---|

**Laszlo Laposa**
**20 Radcliff Road**
**Womelsdorf, PA 19567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, expense reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.14 | $197.14 |
|---|---|---|---|---|

**Laurie Szoldatits**
**4185 Cheyenne Ct.**
**Schnecksville, PA 18078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,363.18 | $2,363.18 |
|---|---|---|---|---|

**Maribel Colon**
**2426 South Bradford Street**
**Allentown, PA 18103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, medical deduction reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Precise Graphix, LLC | | Case number (if known) | **21-12663** |
|---|---|---|---|---|
| | Name | | | |

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$152.70** | **$152.70**

**Matthew Davis**
**1107 Rhode Island Avenue**
**Lynchburg, VA 24502**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,440.82** | **$10,440.82**

**Matthew P. Fisher**
**5 Shay LAne**
**Oley, PA 19547**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO, expense reimbursement, medical
deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,583.76** | **$5,583.76**

**Natalie Frey**
**529 Highpoint Drive**
**Bartonsville, PA 18321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$606.35** | **$606.35**

**Nathaniel Dennis**
**15 Northgate Blvd.**
**1st Floor**
**Easton, PA 18045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Medical deduction reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Precise Graphix, LLC** | | Case number (if known) | **21-12663** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,069.98** | **$7,069.98** |
|---|---|---|---|---|
| | **Pamela A. Beattie** | Check all that apply. | | |
| | **2841 Hope Ridge Drive** | ☐ Contingent | | |
| | **Easton, PA 18045** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, PTO, medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$152.70** | **$152.70** |
|---|---|---|---|---|
| | **Paul R. Clymer** | Check all that apply. | | |
| | **4221 Lynn Avenue** | ☐ Contingent | | |
| | **Reading, PA 19606** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,776.42** | **$2,776.42** |
|---|---|---|---|---|
| | **Premattee Albright** | Check all that apply. | | |
| | **318 South Fifth Street** | ☐ Contingent | | |
| | **Emmaus, PA 18049** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, PTO, medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,896.45** | **$12,896.45** |
|---|---|---|---|---|
| | **Robert A. Nickol** | Check all that apply. | | |
| | **1704 Butztoen Road** | ☐ Contingent | | |
| | **Bethlehem, PA 18017** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages, medical deduction reimbursement** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,572.93 | $4,572.93 |

**Scott P. Cassel**
**480 South 10th Street**
**Quakertown, PA 18951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages, PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.94 | $1,395.94 |

**Stephanie K. Spina**
**106 Pinetree Lane**
**Mount Bethel, PA 18343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,908.72 | $2,908.72 |

**Stephanie N. Sam**
**1124 Rising Sun Road**
**Laurys Station, PA 18059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,492.68 |

**Aetna**
**10150 So. Centennial Parkway**
**Suite 450**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7575**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,043.58 |

**Allegheny Plywood Company**
**3433 Smallman Street**
**Pittsburgh, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,004.55 |
|---|---|---|---|

**American Print Consultants**
**540 Hollywell Ave**
**Chambersburg, PA 17201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,804.99 |
|---|---|---|---|

**AmeriGas**
**PO Box 371473**
**Pittsburgh, PA 15250-7473**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,370.20 |
|---|---|---|---|

**Bank of America**
**P.O. Box 60073**
**City of Industry, CA 91716-0073**

Date(s) debt was incurred _

Last 4 digits of account number  1730

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.20 |
|---|---|---|---|

**Bastian Carpet One**
**PO Box 3616**
**Allentown, PA 18106-3616**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,173.20 |
|---|---|---|---|

**BB&T**
**P.O. Box 580340**
**Charlotte, NC 28258-0340**

Date(s) debt was incurred _

Last 4 digits of account number  8129

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,088.00 |
|---|---|---|---|

**BDO**
**1801 Market Street**
**Suite 1700**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.00 |
|---|---|---|---|

**Bluegrace**
**PO Box 21441**
**Tampa, FL 33622**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.73 |
|---|---|---|---|

**Bowman Trailer Leasing**
**1801 South 12th Street**
**Allentown, PA 18103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,963.55 |
|---|---|---|---|

**Buss Paint & WallPaper, Inc.**
**327 Main Street**
**Emmaus, PA 18049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,678.78 |
|---|---|---|---|

**C.H. Briggs**
**P.O. Box 825723**
**Philadelphia, PA 19182-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,898.88 |
|---|---|---|---|

**Canon Financial Services**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $508.48 |
|---|---|---|---|

**Canon Solutions America, Inc**
**100 Park Blvd**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,183.59 |
|---|---|---|---|

**Capital One**
**P.O. Box 70885**
**Charlotte, NC 28272-0885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3218

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,826.70 |
|---|---|---|---|

**Capital One**
**P.O. Box 70885**
**Charlotte, NC 28272-0885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  2544

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Precise Graphix, LLC** | Case number (if known) | **21-12663** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,259.00** |
|---|---|---|---|

**Celtic Stone**
**1059 N. Fenwick St.**
**Allentown, PA 18109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.36** |
|---|---|---|---|

**Centerline Steel LLC**
**208 W. Davis Industrial Dr.**
**St. Augustine, FL 32084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,232.41** |
|---|---|---|---|

**Cepha Inc**
**1000 Delsea Drive**
**F1**
**Delsea, NJ 08093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$671.00** |
|---|---|---|---|

**Certify, Inc.**
**PO Box 780965**
**Philadelphia, PA 19178-0965**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,633.63** |
|---|---|---|---|

**CFGI Holdings, LLC**
**PO Box 791561**
**Baltimore, MD 21279**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,606.12** |
|---|---|---|---|

**Chase Cardmember Services**
**P.O. Box 1423**
**Charlotte, NC 28201-1423**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.68** |
|---|---|---|---|

**Chemical Concepts**
**410 Pike Road**
**Huntingdon Valley, PA 19006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,783.30 |
|---|---|---|---|

**Chesapeak Plywood**
**3400 East Biddle Street**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.66 |
|---|---|---|---|

**Cintas**
**PO Box 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,411.50 |
|---|---|---|---|

**Circle Graphics**
**120 9th Avenue**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,232.33 |
|---|---|---|---|

**Conestoga dpi LLC**
**181 E. Stiegel St.**
**Suite 100**
**Manheim, PA 17545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,678.29 |
|---|---|---|---|

**D & P Custom Lights**
**PO Box 90465**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.78 |
|---|---|---|---|

**D.C. Distributing, Inc.**
**390 Abbottstown Pike**
**Abbottstown, PA 17301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Dave's Supermarket**
**c/o David M. Neumann, Esquire**
**Eton Tower**
**28601 Chagrin Blvd., Suite 600**
**Beachwood, OH 44122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Deposit_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Precise Graphix, LLC** | | Case number (if known) | **21-12663** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,199,068.23** |
|---|---|---|---|

**Department of the Treasury**
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019 / 2020

**Basis for the claim:**  **Tax obligations**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$698.61** |
|---|---|---|---|

**Diaz Manufacturing**
747 Grow Ave
Montrose, PA 18801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,945.37** |
|---|---|---|---|

**Discount Waste, Inc**
3595 Engineering Drive
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,515.98** |
|---|---|---|---|

**Discover**
PO Box 742655
Cincinatti, OH 45274-2655

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  4991

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,649.96** |
|---|---|---|---|

**Eastcoast Cutter Inc**
1940 Camp Swatara Road
Myerstown, PA 17067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,119.00** |
|---|---|---|---|

**Eastern Surfaces**
601 S. Tenth Street
Allentown, PA 18103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,490.20** |
|---|---|---|---|

**Eugene T Parzych, Inc**
2300 Trumbauersville Rd.
PO Box 48
Trumbauersville, PA 18970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

---

**3.38** | Nonpriority creditor's name and mailing address

**Fessenden Hall of PA, Inc.**
**3021 Industry Drive**
**Lancaster, PA 17603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,615.91**

---

**3.39** | Nonpriority creditor's name and mailing address

**G&S Fastening Systems, Inc.**
**600 Front Street**
**Whitehall, PA 18052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,260.98**

---

**3.40** | Nonpriority creditor's name and mailing address

**Gillespie Electric, Inc.**
**1657 State St.**
**East Greenville, PA 18041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$57,841.47**

---

**3.41** | Nonpriority creditor's name and mailing address

**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673-1298**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$44.52**

---

**3.42** | Nonpriority creditor's name and mailing address

**Global Shop Solutions**
**P.O Box 840929**
**Dallas, TX 75284-0929**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,240.00**

---

**3.43** | Nonpriority creditor's name and mailing address

**Grapek Co.**
**PO Box 598**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$117.70**

---

**3.44** | Nonpriority creditor's name and mailing address

**Greater LV Chamber Of Commerce**
**158A Northampton Street**
**Easton, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,474.00**

---

| Debtor | Precise Graphix, LLC | | Case number (if known) | 21-12663 |
|---|---|---|---|---|
| | Name | | | |

---

**3.45** Nonpriority creditor's name and mailing address

**Green Giant Pest Control**
**5 Cemetery Road**
**Fleetwood, PA 19522**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$139.92**

---

**3.46** Nonpriority creditor's name and mailing address

**Grimco Inc**
**1585 Fencorp Drive**
**Fenton, MO 63026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,398.05**

---

**3.47** Nonpriority creditor's name and mailing address

**Gross McGinley, LLP**
**33 South Seventh Street**
**PO Box 4060**
**Allentown, PA 18105-4060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51,729.05**

---

**3.48** Nonpriority creditor's name and mailing address

**Hafele America Co.**
**P.O. Box 890779**
**Charlotte, NC 28289-0779**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,274.69**

---

**3.49** Nonpriority creditor's name and mailing address

**Hill Metal Co.**
**901 New Street**
**Allentown, PA 18102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.50** Nonpriority creditor's name and mailing address

**Identity Group**
**4 North Walnut St.**
**Slatington, PA 18080**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$164,864.03**

---

**3.51** Nonpriority creditor's name and mailing address

**Impact Signs & Branding**
**7301 Old Rutledge Pike**
**Knoxville, TN 37924**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$60,500.99**

---

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.50 |
|---|---|---|---|

**3.52** Nonpriority creditor's name and mailing address
**Industrial Abrasives Co.**
**642 N. 8th Street**
**Reading, PA 19601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$358.50**

---

**3.53** Nonpriority creditor's name and mailing address
**Ingersoll Rand**
**15768 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,465.87**

---

**3.54** Nonpriority creditor's name and mailing address
**J. Petrocelli Construction Inc.**
**100 Comac Street**
**Ronkonkoma, NY 11779**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$36,000.00**

---

**3.55** Nonpriority creditor's name and mailing address
**Justifacts Credential Verification**
**5250 Logan Ferry Road**
**Murrysville, PA 15668**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$599.30**

---

**3.56** Nonpriority creditor's name and mailing address
**Lafferty & Company, Inc.**
**1100 Hummel Avenue**
**Lemoyne, PA 17043**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$17,966.60**

---

**3.57** Nonpriority creditor's name and mailing address
**LD Plastics & Displays**
**1130 Pearl St.**
**Brockton, MA 02301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$691.47**

---

**3.58** Nonpriority creditor's name and mailing address
**Legacy Glass & Mirror**
**720 Keller Creamery Road**
**Telford, PA 18969**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,782.00**

Lehigh Property Services
127 East Federal Street
Allentown, PA 18103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$486.54**

Lehigh Valley Fire Protection
P.O Box 3233
Allentown, PA 18106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$257,142.15**

Libertas Funding, LLC
c/o The Faskowitz Law Firm, PLLC
David Epstein, Esquire
6143 186th Street, Suite 207
Little Falls, NY 13365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$716.80**

LVPG-HealthWorks Billing Office
Fairground Medical Center
400 N. 17th Street
Suite 207
Allentown, PA 18104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,921.00**

Mann Welding & Fabrication, LLC
2755 Schukraft Road
Quakertown, PA 18951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,982.52**

Materials Inc
40 Burlews Court
Building 1
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,681.90**

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00**

Memory Makers
2528 Quakertown Road
Pennsburg, PA 18073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$603.05**

Mid America Woodwork
PO Box 2062
St. Charles, MO 63302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00**

ML Properties, LLC, ML Mfg., LLC and
Marcus Lemonis
c/o Doug Wexler, Esquire
77 West Wacker Drive, Suite 4500
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,379.37**

Outwater Plastics Industries
P.O. Box 500
Bogota, NJ 07063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,889.90**

Panel/Wood Machinery
PO Box 8404
Cherry Hill, NJ 08002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,381.67**

Patwin Plastics, Inc.
2300 East Linden Avenue
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Pennsylvania Department of Revenue
Department 280946
ATTN: Bnakruptcy Division
Harrisburg, PA 17128-0946

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2019 through 2021_

Basis for the claim: _Tax obligations_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|--------|----------------------|------------------------|----------|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.00**

**Pennsylvania Pension Planners**
**2090 Linglestown Road**
**Suite 201**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,660.81**

**Penrac (Enterprise)**
**PO Box 3108**
**Boston, MA 02241-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,188.84**

**Penske Truck Leasing Co**
**P.O. Box 827380**
**Philadelphia, PA 19182-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$326.22**

**Pitney Bowes**
**PO Box 371896**
**Pittsburgh, PA 15250-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$858.60**

**Pure Water Technology**
**1200 Corporate Blvd**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,118.34**

**R.E. Daumer Trucking Inc**
**185 Mud Lane**
**Northampton, PA 18067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,363.82**

**Raritan Valley Disposal (Republec Servic**
**PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Precise Graphix, LLC** | Case number (if known) | **21-12663** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,429.03** |
|---|---|---|---|

**RCN**
**PO Box 11816**
**Newark, NJ 07101-8116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,288.82** |
|---|---|---|---|

**Richelieu America Ltd**
**7021 Sterling Ponds Blvd**
**Sterling Heights, MI 48312-5809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407,361.37** |
|---|---|---|---|

**RJB Contracting, Inc**
**562 Ridge Road**
**Spring City, PA 19475**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Royal Security Services**
**1369 Route 115**
**Saylorsburg, PA 18353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,361.62** |
|---|---|---|---|

**Russell Plywood, Inc.**
**401 Old Wyomissing Road**
**Reading, PA 19611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$406.00** |
|---|---|---|---|

**Safety Services Company**
**2626 South Roosevelt Street**
**Suite 2**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,124.00** |
|---|---|---|---|

**Selective Insurance Company**
**Box 371468**
**Pittsburgh, PA 15250-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Precise Graphix, LLC** | | Case number (if known) | **21-12663** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,889.35** |
|---|---|---|---|

**Service By Air**
PO Box 844722
Dallas, TX 75284-4722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,668.14** |
|---|---|---|---|

**Sherwin Williams**
7411 Industrial Parkway
Macungie, PA 18062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$351.02** |
|---|---|---|---|

**Siffron**
P.O. Box 932397
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,915.07** |
|---|---|---|---|

**Simply IT, LLC**
1150 Glenlivet Drive
Suite B29
Allentown, PA 18106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,014.00** |
|---|---|---|---|

**Smartsheet Inc.**
Dept. 3421
PO Box 123421
Dallas, TX 75312-3421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,857.46** |
|---|---|---|---|

**Staples**
PO Box 6403
Sioux Falls, SD 57117-6403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0624**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$361.70** |
|---|---|---|---|

**Stiles Machinery, Inc.**
3944 Solutions Center
Chicago, IL 60677-3009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Precise Graphix, LLC** | Case number (if known) | **21-12663** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,061.88** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$517.69** |
|---|---|---|---|

**Taylor Northeast**
**7277 Williams Avenue**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,642.70** |
|---|---|---|---|

**Testrite Instrument**
**216 S. Newman Street**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.98** |
|---|---|---|---|

**Toshiba Business Solutions**
**3620 Horizon Drive**
**Suite 100**
**King Of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,062.22** |
|---|---|---|---|

**Toshiba Financial Services**
**PO Box 70239**
**Philadephia, PA 19178-0239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,094.50** |
|---|---|---|---|

**Total Plastics**
**PO Box 645490**
**Pittsburgh, PA 15264-5252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.00** |
|---|---|---|---|

**Transamerica Retirement Solutions**
**P.O. Box 21493**
**New York, NY 10087-4493**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Precise Graphix, LLC | Case number (if known) | 21-12663 |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,742.24**

**U.S. Bank Equipment Finance**
**PO Box 790448**
**St. Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,734.28**

**Uline Shipping Supplies**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$241.38**

**UPS Freight**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,631.50**

**Versatek**
**508 Front Street**
**Lititz, PA 17543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168.86**

**Visiontron Corp.**
**720 Old Willets Path**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,715.75**

**Weis Markets**
**1000 S Second Street**
**Sunbury, PA 17801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,281.74**

**Wex Bank - Sunoco**
**P.O. Box 6293**
**Carol Stream, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Precise Graphix, LLC** | Case number (if known) | **21-12663** |
|---|---|---|---|
| | Name | | |

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.24 |
|---|---|---|---|

**Woodcraft**
**1543 Lehigh Street**
**Allentown, PA 18103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,268.44 |
|---|---|---|---|

**Wurth Baer Supply Company**
**909 Forest Edge Drive**
**Vernon Hills, IL 60061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,706.24 |
|---|---|---|---|

**XPO Global Forwarding, Inc**
**27839 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Linda S. Kagan, Esquire**<br>**The Kagan Law Group, P.C.**<br>**54 West 40th Street**<br>**New York, NY 10018** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Robert A. Pinel, Esquire**<br>**1502 Center Street**<br>**Suite 201**<br>**Bethlehem, PA 18018** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 161,685.53 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,474,214.32 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,635,899.85 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy