**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Precise Graphix, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-12663** |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Freightliner M2 106 SADC**<br>**2018 Dry Freight Aluminum Van**<br>**2017 Freightliner M2 106 SADC**<br>**2016 Liftgate OEM Tuk-A-Way** | |
| | State the term remaining | | **Penske Truck Leasing Co., L.P.**<br>**1701 Lehigh Street**<br>**Allentown, PA 18103-4727** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Toshiba e-Studio 3015AC**<br>**300-sheet DSDF**<br>**Copier Stand**<br>**Analog Fax Unit/2nd line Fax Unit**<br>**Toshiba e-Studio 7516AC**<br>**50-sheet Staple Finsiher**<br>**Analog Fax Unit/2nd line Fax Unit** | |
| | State the term remaining | | **Toshiba Business Solutions**<br>**3620 Horizon Drive, # 100**<br>**King of Prussia, PA 19406** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lenovo Think System 5 Warranty Installation** | |
| | State the term remaining | | **US Bank**<br>**1310 Madrid Street**<br>**Suite 101**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Precise Graphix, LLC** | | Case number *(if known)* | **21-12663** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|