**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Precise Graphix, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **21-12663** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**            *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Keith Lyden** | | **Libertas Funding, LLC** | ☐ D ____<br>■ E/F **3.61**<br>☐ G ____ |
| 2.2 | **Keith Lyden** | | **Essa Bank & Trust** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Marcus Lemonis** | | **Essa Bank & Trust** | ■ D **2.1**<br>☐ E/F ____<br>☐ G ____ |