**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**PRECISE GRAPHIX, LLC,**<br><br>Debtor | **Chapter 7 Bankruptcy**<br><br>**Bankruptcy No. 21-12663 PMM** |

**NOTICE OF APPLICATION, RESPONSE DEADLINE AND HEARING DATE**

**To:** The Chapter 7 Trustee, Counsel to the Chapter 7 Trustee, and the United States Trustee:

Movant, Camping World, Inc., has filed an Application for Entry of an Order Allowing and Compelling Payment of Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code ("Application").

The Application requests that:

1. Camping World's claim for reimbursement of the JAMS Fee be allowed as an administrative expense;

2. the Chapter 7 Trustee be directed to pay the fee of $3,500.00 within three days of the date of the Order; and

3. the Court schedule a hearing for the purpose of determining whether the fees and expenses paid or incurred in connection with the Application are recoverable and, if so, the amount thereof.

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

**1.** **If you do not want the Court to grant the relief sought in the Application or if you want the Court to consider your views on the Application, then on or before August 3, 2023 you or your attorney must do <u>all</u> of the following:**

**(a)** **file an answer explaining your position at The United States Bankruptcy Court, Office of the Clerk, The Gateway Building, Room 103, 201 Penn Street, Reading, PA  19601.  If you mail your answer to the Bankruptcy Clerk's office for filing,**

you must mail it early enough so that it will be received on or before the date stated above; and

      **(b)**    mail a copy to the Applicant's attorney at:

          **George M. Lutz, Esquire**
          **Hartman, Valeriano, Magovern & Lutz, PC**
          **1025 Berkshire Boulevard, Suite 700**
          **P.O. Box 5828**
          **Wyomissing, PA  19610**

**2.** **If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Application.**

**3.** **A hearing on the Application is scheduled to be held before the Honorable Patricia M. Mayer on August 8, 2023 at 11:00 am in the 4th Floor Courtroom, United States Bankruptcy Court, The Gateway Building, Room 103, 201 Penn Street, Reading, PA 19601.**

**4.** **A copy of the Application has been served on you via ECF email.  If you have not received a copy of the Application, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b), whose phone number is 610-763-0745.**

**5.** **You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one has filed an answer.**

**Dated:**    July 6, 2023