# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| PRECISE GRAPHIX, LLC, | Case No. 21-12663 (PMM) |
| Debtor. | |

**ORDER GRANTING MOTION OF LYNN E. FELDMAN, CHAPTER 7 TRUSTEE TO (I) COMPEL COMPLIANCE WITH THIS COURT'S PRIOR ORDERS, (II) HOLD GERARD FOX LAW, P.C. AND GERARD FOX, ESQUIRE IN CONTEMPT FOR FAILING TO COMPLY WITH THIS COURT'S PRIOR ORDERS, AND (III) IMPOSE FURTHER SANCTIONS AGAINST GERARD FOX LAW, P.C. AND GERARD FOX, ESQUIRE INCLUDING THE ENTRY OF AN ORDER TO SHOW CAUSE WHY COERCIVE INCARCERATION IS NOT WARRANTED**

Upon consideration of the Lynn E. Feldman, the Chapter 7 trustee (the "Trustee") of the estate (the "Estate") of the above-captioned debtor (the "Debtor") Motion to (i) Compel Compliance With This Court's Prior Orders, (2) Holding Gerard Fox Law, P.C. and Gerard Fox, Esquire (collectively, the "Fox Parties") In Contempt For Failing to Comply With This Court's Prior Orders, and (3) Imposing Further Sanctions Against Gerard Fox Law, P.C. and Gerard Fox, Esquire Including The Entry Of An Order To Show Cause Why Coercive Incarceration Is Not Warranted (the "Motion")[1], it is hereby **ORDERED** that

1. The Motion is GRANTED.

2. The Fox Parties are hereby found to be in civil contempt of this Court for their continued disregard of the terms of the Settlement Order and Order to Compel.

3. The Fox Parties are each hereby directed and required to comply with the terms of

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

the Order to Compel and perform all obligations thereunder and hereunder as follows:

(a) No later than five (5) days after the date of this Order, the Fox Parties shall remit payments payable to Lynn E. Feldman, Chapter 7 Trustee of the Precise Graphix, LLC estate the following: (i) an amount equal to $31,000.00 representing the number of days from the June 13, 2025 Order to Compel through the date of this Order at the per diem rate of $500; (ii) an amount equal to $3,000.00 pursuant to the Order to Compel; (iii) the amount of $5,000.00 for attorney's fees and costs associated with this Motion; and (iv) pay the amount owed pursuant to the Settlement Agreement.

4. The Fox Parties shall pay $500.00 per day to the Trustee, until the Fox Parties comply fully with the Terms of this Order.

5. A hearing is scheduled for August 26, 2025, at 11:00 a.m. at 201 Penn Street, 4th Floor Courtroom, Reading, PA 19601 for the Fox Parties to show cause why a bench warrant should not be issued for Gerard Fox, Esquire's incarceration. The hearing will be a contested matter and, thus, the Court will conduct an evidentiary hearing in person. The Fox Parties shall file a written response with this Court no later than five (5) days prior to the foregoing hearing date setting forth the extent to which the Fox Parties have or have not complied with this Order.

6. Gerard Fox, Esquire is Ordered to appear in person at the hearing scheduled in the immediately preceding paragraph.

7. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

Dated: _____

_____
The Honorable Patricia M. Mayer
United States Bankruptcy Judge