IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>PRECISE GRAPHIX, LLC,<br><br>　　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 21-12663 (PMM) |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF
BIELLI & KLAUDER, LLC FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL
LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE,
FOR THE PERIOD FROM OCTOBER 30, 2023 THROUGH AUGUST 29, 2025**

Upon consideration of the *Second Interim Fee Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to the Chapter 7 Trustee, for the Period from October 30, 2023 through August 29, 2025* (the "Application")[1], and this Court having jurisdiction over this matter; and due and proper notice of the Application having been given as set forth on the certificate of service filed contemporaneously with the Application; and it appearing that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor, it is hereby;

1.　　ORDERED that the Application is hereby GRANTED; and it is further

2.　　ORDERED that Bielli & Klauder, LLC shall be awarded fees in the amount of $78,775.00 and reimbursement of expenses in the amount of $799.52 on behalf of the Trustee.

3.　　ORDERED that and pursuant to this Court's Orders [D.I. 274 and 286], and upon entry of this Order, the Trustee is authorized and shall pay the Fee Award of $8,000.00 to Bielli & Klauder, LLC.

---

[1] Other capitalized terms not defined herein shall have meaning ascribed to them on the Application.

4. ORDERED that upon Bielli & Klauder, LLC's receipt of the Fee Award of $8,000.00, the amount of awarded fees set forth in paragraph 2 shall be reduced by $13,922.50, resulting in a reduced amount of $64,852.50.

Dated: __December 1__, 2025

*Patricia M. Mayer*
Honorable Patricia M. Mayer
United States Bankruptcy Judge